THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:09-MJ-1090-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>APRIL DAWN SORENSON, )<br>)<br>Defendant. ) | ORDER |

This matter came before the court on July 20, 2010, for sentencing of the defendant. Having reviewed the resulting Judgment, entered in the record on the same day, the court is aware of one clerical error therein. [DE-11]. Accordingly, this court finds that the provisions of the Judgment on page 2 of 5 which state: "The Defendant shall cooperate in the collection of DNA as directed by the probation officer" was inadvertently indicated as a provision which applies to the terms of the defendant's probation, but which, in actuality does not. Therefore, the provision shall be stricken from the Judgment and shall not be considered as a term of her probationary status. Rule 36, Fed. R. Crim. P.

Except as modified herein, the Amended Judgment of the court dated July 20, 2010 in all respects is RATIFIED as entered. The Clerk of Court, therefore, is directed to enter an amended judgment reflecting this change as ordered herein.

SO ORDERED, this the 26th day of July, 2010.

Robert B. Jones, Jr.
United States Magistrate Judge