IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-MJ-1090

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| APRIL DAWN SORENSON | ) | |

On July 20, 2010, April Dawn Sorenson appeared before the Honorable Robert B. Jones, Jr., United States Magistrate Judge for the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Larceny of Government Property, in violation of 18 U.S.C. § 641, was sentenced to a 60-month term of probation.

From evidence presented at the revocation hearing on May 24, 2011, this court finds as a fact that April Dawn Sorenson, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal Conduct.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and Defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months.

**IT IS FURTHER ORDERED** that Defendant be allowed to voluntarily report to the U.S. Marshal in Wilmington, North Carolina, on Thursday, May 26, 2011, by 5:00 p.m.

**IT IS RECOMMENDED** that Defendant receive credit for the 20-week custody term originally ordered and served as a condition of probation in this case. <u>In the event the Bureau of Prisons does not accept the recommendation of this court, Defendant's term of commitment to the custody of the Bureau of Prisons or its authorized representative for imprisonment shall be no longer than seven (7) months.</u>

**IT IS FURTHER ORDERED** that the Clerk shall provide the U.S. Marshal with a copy of this Judgment and the same shall serve as the commitment herein.

SO ORDERED, this the 24th day of May, 2011.

_____
Robert B. Jones, Jr.
United States Magistrate Judge